IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| BRUNNER,<br><br>Plaintiff,<br>vs.<br><br>UTAH COUNTY SHERIFF'S OFFICE, et al.,<br><br>Defendants. | MEMORANDUM DECISION AND ORDER ON VARIOUS MOTIONS: ECF NOS. 57, 67, and 69.<br><br>Case No. 2:24-cv-00338-CMR<br><br>Chief Magistrate Judge Cecilia M. Romero |

All parties in this case have consented to Magistrate Judge Cecilia M. Romero conducting all proceedings, including entry of final judgment (ECF 18). 28 U.S.C. § 636(c); Fed. R. Civ. P. 73. Before the court is the Motion for Summary Judgment (Motion for Summary Judgment) (ECF 57) filed by Consol Defendants Brad D Bishop; City of Payson Police Department; FNU Cox, T. Cressall; FNU Gille; J. Goode; Payson City; Utah Police Department; FNU Pearson; M. Elias Reynolds; J. D. Tarone; FNU Taylor; J. Thompson, J. White; William Wright; and Defendants Mike Smith; and Utah County Sheriff's Office (collectively, Defendants). Also before the court are Defendants' Motion for Leave to Amend/Correct Summary Judgment Motion (Motion to Correct Summary Judgment Motion) (ECF 67); and Defendants' Motion to Strike Response to Motion (Motion to Strike) (ECF 69).

Having carefully considered the relevant filings, the court DENIES WITHOUT PREJUDICE Defendants' Motion for Summary Judgment (ECF 57); GRANTS Defendants' Motion to Correct Summary Judgment Motion (ECF 67) and GRANTS Defendants' Motion to Strike (ECF 69).

## I. BACKGROUND

On December 17, 2025, Defendants filed their Motion for Summary Judgment (ECF 57), which became fully briefed on February 12, 2026 (*see* ECF 62). On March 16, 2026, Defendants filed their Motion to Correct Summary Judgment Motion (ECF 67). Defendants seek leave to file an amended summary judgment motion that includes an appendix of evidence and otherwise complies with the local rule, although the dispositive-motion deadline has passed (*id.*). Defendants highlight that the court recently denied, without prejudice, a similarly deficient motion in the related case of *Alfaro v. Utah County Sheriff's Office*, which involves the same defense counsel (*id.*). Defendants argue that permitting amendment would conserve judicial resources by avoiding review and potential denial of the current motion on the same grounds (*id.*).

The court notes that Plaintiff Donald Brunner (Plaintiff) has not responded to Defendants' Motion to Correct Summary Judgment Motion (ECF 67), and the response deadline has expired. *See* DUCivR 7-1(a)(4)(B)(iii). Instead, on May 19, 2026, Plaintiff filed another Response to the Motion for Summary Judgment (Sur-Reply) (ECF 68), despite having already responded to that motion on December 29, 2025 (ECF 59). Defendants subsequently filed their Motion to Strike, seeking to strike the Sur-Reply as unauthorized and untimely (*see* ECF 69).

## II. DISCUSSION

### A. Motion to Correct Summary Judgment Motion

Upon review, the court finds that Defendants' Motion for Summary Judgment (ECF 57) does not comply with the local rules, including the requirement to submit an appendix of evidence. *See* DUCivR 56-1(b), (e). The motion presents procedural deficiencies similar to those addressed in the court's order in *Alfaro*. *See Alfaro v. Utah Cnty. Sheriff's Off.*, No. 2:24-cv-00391-CMR (D. Utah Mar. 10, 2026), ECF No. 45 at 4–5, 7. Although the dispositive motion deadline has passed,

the court finds good cause to modify the Scheduling Order to permit Defendants to file a corrected motion.

Accordingly, IT IS HEREBY ORDERED that Defendants' Motion to Correct Summary Judgment Motion (ECF 67) is GRANTED, and Defendants' Motion for Summary Judgment (ECF 57) is DENIED WITHOUT PREJUDICE. Defendants must file a corrected, properly supported motion within 15 days of this order. Any response and reply must be filed within the periods prescribed by DUCivR 7-1(a)(4)(B)(iii)–(iv).

### B. Motion to Strike

Under DUCivR 7-1(a)(9), the court will not consider additional memoranda unless ordered otherwise. Meaning, leave is required to file additional memoranda. Plaintiff already responded to Defendants' Motion for Summary Judgment and did not obtain leave to file an additional memorandum. Moreover, because the court has denied Defendants Motion for Summary Judgment without prejudice and granted Defendants leave to file a corrected motion, Plaintiff may present any additional arguments contained in his unauthorized Sur-Reply when responding to the corrected motion. Accordingly, IT IS FURTHER ORDERED that Defendants' Motion to Strike (ECF 69) is GRANTED. Plaintiff's May 19, 2026, filing at ECF 68 is STRICKEN from the record.

## III. ORDER

For the foregoing reasons, the court ORDERS as follows:

1. Defendants' Motion for Summary Judgment (ECF 57) is DENIED without prejudice;
2. Defendants' Motion to Correct Summary Judgment Motion (ECF 67) is GRANTED; and
3. Defendants' Motion to Strike is GRANTED.

IT IS SO ORDERED.

DATED this 16 September 2026.

Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah